HARVEY BAKER, Respondent, *v.* THE VILLAGE OF ONEONTA, Appellant.

(Argued November 24, 1884; decided December 9, 1884.)

*H. E. Bundy* for appellant.

*George Scramling* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed